THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMIRA
ADVERTISER ASSOCIATION, Appellant, *v.* FRANK J.
GORMAN, as Clerk of the Board of Supervisors of the
County of Chemung, et al., Respondents.

**Appeal — denial, in exercise of discretion, of application
for alternative writ of mandamus not reviewable by Court of
Appeals.**

Where the Special Term in the exercise of its discretion denies an
application for an alternative writ of mandamus and the Appellate
Division also in the exercise of discretion affirms the order denying
the application, the order of affirmance is not the object of review
in this court. (*People ex rel. Flynn* v. *Woods*, 218 N. Y. 124,
followed.)

*People ex rel. Elmira Advertiser Assn.* v. *Gorman*, 169 App. Div.
891, appeal dismissed.

(Argued February 5, 1918; decided February 15, 1918.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
December 20, 1915, which affirmed an order of Special
Term denying a motion for an alternative writ of man-
damus, directed to the respondents, Republican members
of the board of supervisors of the county of Chemung,
requiring them to perform their official duty in designating
a Republican newspaper published in that county,
in which to publish the Session Laws, etc., as required
by sections 20 and 22 of the County Law.

*James O. Sebring* for appellant.

*Richard H. Thurston, H. L. Gardner* and *H. H. Rockwell*
for respondents.

*Per Curiam.* The application of relator for an alter-
native writ of mandamus having come on to be heard
as a contested motion (Code Civ. Pro. § 2067, as amended
by L. 1913, ch. 574), the Special Term in the exercise of
its discretion denied the application. The Appellate
Division, on appeal (Code Civ. Pro. § 2087, as amended
by L. 1913, ch. 574), also in the exercise of discretion,
affirmed the order denying the application. The order

appealed from is not the object of review in this court. (*People ex rel. Flynn* v. *Woods*, 218 N. Y. 124–127.)

The appeal should be dismissed, with costs.

HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ., concur.

Appeal dismissed.